**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:14CB06-TDT** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **WADE K. LEASE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion for an extension of time by defendant Wade K. Lease (Lease) (Filing No. 27).  Lease seeks an additional thirty days in which to file pretrial motions.  Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Lease's motion for an extension of time (Filing No. 27) is granted.  Lease is given until **on or before August 18, 2014,** in which to file pretrial motions pursuant to the progression order.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., **the time between July 15, 2014, and August 18, 2014**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 16th day of July, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge